AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00128 |
| Robert Dowell | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 4/10/2024 |
| | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              Robert Dowell                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C§ 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/10/2024                                    *[signature]* Digitally signed by G. Michael Harvey
                                                    Date: 2024.04.10 11:49:11 -04'00'

City and state:    Washington, D.C.                 G. MICHAEL HARVEY , U.S. Magistrate Judge
                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 4-10-24, and the person was arrested on *(date)* 4-17-24
at *(city and state)* Orlando Florida.

Date: 4-17-24                                       *[signature]*
                                                    *Arresting officer's signature*

                                                    Jacob Hamilton Special Agent
                                                    *Printed name and title*